IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-3127-01-CR-S-RED |
| ) | |
| SCOTT GOODWIN-BEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now before the Court is defendant's Motion to Suppress Evidence (#15), the Report and Recommendation of the United States Magistrate Judge (#23), and defendant's Exceptions to the Report and Recommendation (#24). The Court has reviewed the parties' briefs, the transcript of the suppression hearing, the Magistrate's Report and Recommendation, and defendant's Exceptions. After careful consideration, the Court **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (#23) and **DENIES** defendant's Exceptions to the Report and Recommendation (#24). For the reasons articulated in the Report and Recommendation and in the government's response to defendant's motion, the Court **DENIES** defendant's Motion to Suppress (#15).

**IT IS SO ORDERED.**

Dated: June 23, 2008        */s/ Richard E. Dorr*
                            RICHARD E. DORR, JUDGE
                            UNITED STATES DISTRICT COURT