IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 07-3127-CR-S-GAF |
| | ) | |
| SCOTT GOODWIN-BEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Now pending before the Court is defendant's Motion for Early Termination of Supervised Release (Doc. #49). The Court having fully considered said motion, and there being no objection by defendant's probation officer, it is

ORDERED that defendant's term of supervised release is terminated.

<u>s/ Gary A. Fenner</u>
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: May 6, 2014